Filed:06/06/2019<br>
Clerk, U.S. District Court<br>
Western District of Texas<br>
By:     RRV<br>
Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:19-M -05538(1) |
| (1) ELIZABETH RODRIGUEZ | § § | |

### ORDER RESETTING PRELIMINARY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for *PRELIMINARY / DETENTION HEARING before the Honorable U.S. Magistrate Miguel A. Torres, in Room 711, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX on Tuesday, June 11, 2019 at 09:30 AM.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that plea agreements, if any, must be filed by 4:00 p.m. the business day prior to the day of the scheduled plea.

IT IS SO ORDERED this 6th day of June, 2019.

_____<br>
MIGUEL A. TORRES<br>
UNITED STATES MAGISTRATE JUDGE

Case 3:19-cr-01954-DCG   Document 9   Filed 06/06/19   Page 2 of 2