<table>
<tr><td align="center">United States District Court<br>Western District of Texas<br>El Paso Division</td><td align="center">FILED<br>July 08, 2019<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: _____CR_____<br>Deputy</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § § § |
| vs. | § No: EP:19-CR-01954(1)-DCG |
| **(1) ELIZABETH RODRIGUEZ** | § § § |
| *Defendant* | |

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tenders a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **8th day of July, 2019 .**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE