| ✎AO 435 <br>(Rev. 03/08) <br> *Please Read Instructions:* | Administrative Office of the United States Courts <br><br> **TRANSCRIPT ORDER** | **FOR COURT USE ONLY** <br> **DUE DATE:** |
|---|---|---|

| 1. NAME <br> EDGAR HOLGUIN | 2. PHONE NUMBER <br> (915) 534-6525 | 3. DATE 7/9/2019 |
|---|---|---|

| 4. MAILING ADDRESS <br> 700 E. SAN ANTONIO, STE. D-401 | 5. CITY <br> EL PASO | 6. STATE <br> TEXAS | 7. ZIP CODE <br> 79901 |
|---|---|---|---|

| 8. CASE NUMBER 19.M.5533 <br> 19-CR-01954-DCG | 9. JUDGE <br> Hon. MIGUEL A. TORRES | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 10. FROM 6/11/2019 | 11. TO 6/11/2019 |

| 12. CASE NAME <br> USA v. ELIZABETH RODRIGUEZ | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 13. CITY EL PASO | 14. STATE TX |

15. ORDER FOR

☐ APPEAL   ☒ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☒ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☒ OTHER (Specify) |  |
| ☐ SENTENCING |  | PRELIM/DETENTION HRG | 6/11/2019 |
| ☐ BAIL HEARING |  |  |  |

17. ORDER – Sent to W.C.

| CATEGORY | ORIGINAL <br> (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |  |  |
| DAILY | ☐ | ☐ | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☐ | NO. OF COPIES |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

| CERTIFICATION (18. & 19.) <br> By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY |  |
| 19. DATE   7/9/19 | PHONE NUMBER |  |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |  |

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY